STATE OF NEW JERSEY, PLAINTIFF-APPELLANT, v. WALTER BALLARD, DEFENDANT-RESPONDENT.

Submitted May 1, 1952—Decided May 19, 1952.

*Mr. Eugene T. Urbaniak* for the appellant (*Mr. Theodore D. Parsons,* Attorney-General).

*Mr. Walter Ballard, in propria persona.*

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Jacobs in the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices HEHER, WACHENFELD, BURLING and BRENNAN—5.

*For reversal*—Justice OLIPHANT—1.